Kate M. Fox
Wyo. Bar # 5-2646
DAVIS & CANNON, LLP
422 W. 26th Street
Post Office Box 43
Cheyenne, WY  82003
307-634-3210
307-778-7118 (Fax)
Email: kate@davisandcannonchey.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **ROBERT A. NAROTZKY MD, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 08CV-027B** |
| | ) | |
| **BOARD OF TRUSTEES OF** | ) | |
| **MEMORIAL HOSPITAL OF** | ) | |
| **NATRONA COUNTY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES</u>
## <u>and STATEMENT OF CONSULTATION</u>

Defendants respectfully move this Court for an award of attorneys' fees pursuant to 42 U.S.C. §1988(b), for the reasons more fully set forth in their accompanying Brief in Support of the Defendants' Motion for Award of Attorneys' Fees.

Pursuant to U.S.D.C.L.R. 54.3, Defendants further advise the Court that counsel for Defendant Board of Trustees of Memorial Hospital of Natrona County, Kate Fox, called counsel for the Plaintiffs, Pat Crank, on May 18, 2009, for a consultation with regard to the fee award.  Counsel were unable to reach any agreement.

WHEREFORE, Defendants respectfully request this Court Order that the award of reasonable attorneys' fees to Defendants is warranted.

Dated this 20th day of May, 2009.

_____/s/_____
Kate M. Fox
Davis & Cannon, LLP
P.O. Box 43
Cheyenne, WY  82003
kate@davisandcannonchey.com
307-634-3210
ATTORNEY FOR DEFENDANT BOARD
OF TRUSTEES OF MEMORIAL
HOSPITAL OF NATRONA COUNTY

_____/s/_____
Mark Gifford,
GIFFORD LAW OFFICES
PO Box 2508
Casper, WY 82602
ATTORNEY FOR DEFENDANTS REID
AND FULKS
mwgiff@wyoming.com

_____/s/_____
W.W. Reeves
Anna Reeves Olson
PARK STREET LAW OFFICE
242 South Park Street
Casper WY 82601
ATTORNEYS FOR DEFENDANT
O'CONNOR
wwr@parkstreetlaw.com

_____/s/_____

Scott E. Ortiz
Steve Emery
WILLIAMS PORTER DAY
NEVILLE PC
PO Box 10700
Casper WY 82602
sortiz@wpdn.net
semery@wpdn.net
ATTORNEYS FOR WYOMING
MEDICAL CENTER INC.,
a Wyoming non-profit corporation

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2009, the foregoing DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES and STATEMENT OF CONSULTATION was served electronically to the following:

John B. Speight
Patrick J. Crank,
Robert Thomas McCue
Matthew D. Obrecht
SPEIGHT McCUE & CRANK
PO Box 1709
Cheyenne WY 82003-1709
307/634-2994
Fax: 307/635-7155
jspeight@speightmccue.com
pcrank@speightmccue.com
rmccue@speightmccue.com
Attorneys for Plaintiffs

_____/s/_____

Kate M. Fox